UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

|  |  |
|---|---|
| WAG ACQUISITION, L.L.C.,<br><br>  Plaintiff,<br><br>– against –<br><br>NETFLIX, INC.,<br><br>  Defendant. | §§§§§§§§§§§§§§§<br><br>No. 6:21-cv-01083-ADA<br>Patent Case<br>Jury Trial Demanded |

**JOINT STIPULATION AND ORDER TO TRANSFER THE CASE TO NORTHERN DISTRICT OF CALIFORNIA AND VACATE ALL PENDING DEADLINES**

Plaintiff WAG ACQUISITION, L.L.C. ("WAG") and Defendant NETFLIX, INC. ("Netflix") (collectively the "Parties") have discussed the mandamus order issued from the Federal Circuit (Dkt. No. 45) in view of Netflix's Motion To Dismiss or In the Alternative To Transfer (Dkt. No. 35) and WAG has agreed that it will not oppose Netflix's motion to transfer the above-captioned case to the Northern District of California, which upon such transfer, will render the remainder of the motion moot.

Further, the Parties jointly stipulate and move this Court for an Order to vacate all deadlines under this Court's Standing Orders, federal rules, and/or local rules of this Court, including without limitation relating to all pending motions.

JOINT STIPULATION | 1

Dated: February 1, 2022

Respectfully submitted,

By: */s/ David G. Liston*

OF COUNSEL:

**LISTON ABRAMSON LLP**
The Chrysler Building
405 Lexington Ave, 46th Floor
New York, New York 10174
Tel: (212) 257-1630
Ronald Abramson (*Admitted pro hac vice*)
David G. Liston (*Admitted pro hac vice*)
Ari J. Jaffess (*Admitted pro hac vice*)
Alex G. Patchen (*Admitted pro hac vice*)
M. Michael Lewis (*Admitted pro hac vice*)
Gina K. Kim (State Bar No. 24097937)
Email: *docket@listonabramson.com*

**HALEY & OLSON, P.C.**
100 North Ritchie Road, Suite 200
Waco, Texas 76712
Tel: (254) 776-3336
Fax: (254) 776-6823
Brandon R. Oates (State Bar No. 24032921)
Email: *boates@haleyolson.com*

*Attorneys for Plaintiff WAG Acquisition, L.L.C.*

By: */s/ Sarah S. Brooks*
**VENABLE LLP**
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
Sarah S. Brooks (pro hac vice)
Margaret K. Ukwu (pro hac vice)
ssbrooks@venable.com
mkukwu@venable.com

**VENABLE LLP**
Rockefeller Center
1270 Avenue of the Americas, 24th Fl.
New York, NY 10020
Frank M. Gasparo (pro hac vice)
Ralph A. Dengler (pro hac vice)
Andrew P. MacArthur (admitted to this Court)
J. Daniel Kang (pro hac vice)
fmgasparo@venable.com
radengler@venable.com
apmacarthur@venable.com
jdkang@venable.com

**GILLAM & SMITH LLP**
303 S. Washington Ave.
Marshall, Texas 75670
Tel. 903.934.8450
Fax 903.934.9257
Melissa Smith (State Bar No. 24001351)
melissa@gillamsmithlaw.com

*Attorneys for Defendant Netflix, Inc*.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed on this 1st day of February, 2022, pursuant to the CM/ECF system of the United States District Court for the Western District of Texas, which provides for service on counsel of record in accordance with the electronic filing protocols in place.

Dated: February 1, 2022

                                                      */s/ Sarah S. Brooks*  
                                                      Sarah S. Brooks

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WAG ACQUISITION, L.L.C., <br><br> Plaintiff, <br><br> – against – <br><br> NETFLIX, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § | No. 6:21-cv-01083-ADA <br> Patent Case <br> Jury Trial Demanded |

ORDER OF THE COURT

Before the Court is the parties' Joint Stipulation and Order to Transfer the Case to Northern District of California and Vacate All Pending Deadlines. The Court, having considered the same, is of the opinion the Stipulation should be GRANTED.

IT IS THEREFORE ORDERED that:

1. The above-captioned case is transferred to the United States District Court for the Northern District of California.

2. All deadlines in the above-captioned case are vacated, including deadlines under this Court's Standing Orders, federal rules, and/or local rules of this Court, including without limitation relating to all pending motions.

DATED:  February___, 2022

_____
Judge of the United States District Court